UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Cristobal Rivera-Garcia,

    Petitioner

v.

Kristi Noem, et al.,

    Respondents

Case No. 2:26-cv-00459-JAD-DJA

**Directing Service of 28 U.S.C. § 2241 Petition and Setting a Briefing Schedule**

[ECF No. 1]

    Petitioner Cristobal Rivera-Garcia, an immigration detainee who is challenging the lawfulness of his federal detention at the Nevada Southern Detention Center, has filed a counseled petition for federal habeas corpus relief under 28 U.S.C. § 2241 and paid his filing fee.[1] Following a preliminary review of the petition, I direct that it be served on the United States Attorney's Office for the District of Nevada and set a briefing schedule.

    IT IS THEREFORE ORDERED that the Clerk of the Court is directed to:

1. **ADD** the United States Attorneys' Office for the District of Nevada to the docket as an Interested Party. Under the District of Nevada's General Order 2026-03 (Feb. 13, 2026), this constitutes service on all federal respondents under Federal Rule of Civil Procedure 4 and 28 U.S.C. § 2243.

2. **MAIL** a copy of the petition (ECF No. 1) and this order under Rule 4(i)(2) of the Federal Rules of Civil Procedure to John Mattos, Warden, Nevada Southern Center, 2190 E. Mesquite Ave. Pahrump, NV 89060; and **SEND** a copy of the petition (ECF No. 1) and this order to Ashley Hesman at ahesman@strucklove.com.

---

[1] ECF No. 1.

IT IS FURTHER ORDERED that counsel for the respondents must file a notice of appearance within 7 days of the date of this order and file and serve their answer to the petition within 14 days of the date of this order. The respondents must file any documents referenced or relied upon in their responsive pleading with that pleading.[2] Petitioner will then have 7 days to file a reply.

IT IS FURTHER ORDERED that the parties must meet and confer regarding any requests for an extension of deadlines and stipulate to the extension if possible. Any motion for extension must certify efforts taken to meet and confer and indicate the opposing party's position regarding the extension. Any motion or stipulation must comply with Federal Rule of Civil Procedure 6(b) and Local Rules IA 6-1, 6-2.

IT IS FURTHER ORDERED that **the respondents must not transfer the petitioner out of this district, with the exception of effectuating the petitioner's lawful deportation**.[3]

_____
U.S. District Judge Jennifer A. Dorsey
February 20, 2026

---

[2] *See Harris v. Nelson*, 394 U.S. 286, 290 (1969) (holding that "a district court, confronted by a petition for habeas corpus [that] establishes a prima facie case for relief, may use or authorize the use of suitable discovery procedures . . . reasonably fashioned to elicit facts necessary to help the court to 'dispose of the matter as law and justice require.'" (cleaned up) (citing 28 U.S.C. § 2243)).

[3] *See F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (noting the court may use its "express authority under the All Writs Act to issue such temporary injunctions as may be necessary to protect its own jurisdiction").